1
2   DANIEL H. BRUNNER
    CHAPTER 13 TRUSTEE
3   P.O. Box 1513
    Spokane, WA 99210-1513
4   (509) 747-8481

5                    UNITED STATES BANKRUPTCY COURT
6                     EASTERN DISTRICT OF WASHINGTON
7
8   In Re:
    WAY, ROBIN ESTHER                    | Case No.  08-01359-PCW13
9                                        |
10                        Debtor         |
11
12                    TENDER OF UNCLAIMED FUNDS
13      TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

14      There is tendered herewith, the sum $458.00, BEING MONIES WHICH ARE
15  UNCLAIMED in this case. The claimant entitled to these funds is as follows:
16
17
18  Claimant                Last Known Address         Amount
19  WAY, ROBIN ESTHER       5628 N ASH                 $458.00
20                          SPOKANE , WA
                            99205
21
22
23
24
25
26  Dated: March 21, 2011
27                              DANIEL H. BRUNNER, Chapter 13 Trustee
28
29
30
31
32
33  Receipt 4875899          3-28-11              #458 =

MAR 28'11am10:36  USBCEW